IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | 1:18CR492-1 |
| TIMOTHY DONOVAN BURNS | : | |

The Grand Jury charges:

COUNT ONE

Between in or about February 2015 and in or about March 2018, the exact date to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, TIMOTHY DONOVAN BURNS did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

COUNT TWO

Between in or about January 2015 and in or about March 2018, the exact date to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, TIMOTHY DONOVAN BURNS did knowingly possess material which contained child pornography, as defined in Title 18,

United States Code, Section 2256(8)(A), that involved a prepubescent minor, and which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged above, the defendant, TIMOTHY DONOVAN BURNS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Sections 2252A or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including but not limited to the following items that were obtained from defendant on March 14, 2018:

a. One 250GB Crucial solid-state-drive, identification number 1530F00A1957; and

b. One 2TB Hitachi hard drive, identification number YFGNBBTA.

All in accordance with Title 18, United States Code, Section 2253, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: December 17, 2018

MATTHEW G.T. MARTIN
United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

3